IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL ANTHONY BROWN,
ADC #133301                                                                                      PLAINTIFF

V.                          CASE NO. 5:12CV00046 JMM/BD

KAY HOWELL, et al.                                                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Brown's claim against Defendant Howell for negligently responding to his grievances is DISMISSED, with prejudice. In addition, his claims against the Defendants in their official capacities are DISMISSED, with prejudice.

IT IS SO ORDERED, this 22nd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE