**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL ANTHONY BROWN,
ADC #133301**                                                                                           **PLAINTIFF**

**V.**                    **CASE NO. 5:12CV00046 JMM/BD**

**KAY HOWELL, et al.**                                                                                  **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Brown's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (docket entry #20) is GRANTED. Mr. Brown's claims are DISMISSED, with prejudice, this 11th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE