IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL ANTHONY BROWN,**
**ADC #133301**                                                                               **PLAINTIFF**

V.                     CASE NO. 5:12CV00046 JMM/BD

**KAY HOWELL, et al.**                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 11th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE